JUST LAW OFFICE
STEVEN W. BOYCE—ISB No. 5243
381 Shoup Avenue
PO Box 50271
Idaho Falls, Idaho 83405
(208) 523-9106
(208) 523-9146 fax

Attorney for U.S. Bank, N.A.

UNITED STATES BANKRUPTCY COURT
STATE OF IDAHO

IN RE:

SHANE B. OLSON and
DEBORAH M. OLSON ,

        Debtors.

Case No.  08-02956

MOTION FOR RELIEF
FROM SECTION 362 STAY

      COMES NOW U.S. Bank, N.A., a secured creditor and Movant herein, and moves the Court for its Order granting relief from the automatic stay provided in 11 U.S.C., §362, on the following grounds:

      1.  The debtor filed a Petition herein under Chapter Seven, Title 11, United States Code, on or about December 31, 2008, and by application of Section 362, Title 11, U.S.C., Movant is stayed from enforcing its rights under the hereinafter described security agreement relating to certain real property located at **3849 Patricia Lane, Boise, Idaho**.

      2.  Debtor was on the date of filing the petition herein, indebted to Movant arising out of a Promissory Note and Deed of Trust dated November 29, 2005, naming Metrocities Mortgages, LLC as lender and MERS as beneficiary.  The Deed of Trust was recorded in the Ada County Recorder's Office on November 30, 2005 as Instrument No. 105182105.  The Promissory Note is indorsed to Movant U.S. Bank, N.A., and Movant has possession of the original Promissory Note, as set forth in the Affidavit in Support of Motion for Relief from Stay attached hereto.

      3.  A true and correct copy of the Deed of Trust, indorsed Promissory Note and Affidavit in Support of Motion for Relief from Stay are annexed hereto as Exhibits.

      4.  Regular monthly payments of $935.23 are due each month for the months of July, 2009 through October, 2010, totaling $14,963.68.

5. That payoff under the note is at least $130,047.47, including the unpaid principal balance of $117,516.98, accrued interest of $10,099.05, escrow advances of $1,040.63, late charges of $420.81, and other default-related fees and costs.

6. The property value per the Debtor's schedules is $150,000.00. However, the property value per the Ada County Assessor is $124,200.00. Debtors have claimed a homestead exemption of $100,000.00 on the property in schedule C. Schedule D indicates a second mortgage on the property in the amount of $49,768.00. After all encumbrances, allowable exemptions and costs of sale, the property has no value for the estate.

7. The Debtors have stated their intention is not to surrender the property.

WHEREFORE, Movant prays that the Court grant relief from the Stay provided under 11 U.S.C. §362(a), for cause, after hearing, including annulment and termination of the stay, to allow Movant to take the legal actions provided in its loan documents including foreclosure or recording a deed in lieu of foreclosure, and all proper relief.

Movant further requests that the ten (10) day stay period provided by Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3) be waived.

Dated this 2nd day of November, 2010.

/S/ Steven W. Boyce, Esq._____
Attorney for U.S. Bank, N.A.

## NOTICE OF MOTION

TO: THE DEBTORS, THE DEBTOR'S ATTORNEY, THE TRUSTEE, AND ANY OTHER PARTY IN INTEREST

YOU ARE HEREBY NOTIFIED that U.S. Bank, N.A. has filed its Motion for Relief from Stay. Within twenty (20) days of the date of this notice, U.S. Bank, N.A., its successors in interest, agents, assignees, and/or assignors, shall ask the Court for an Order Granting Relief from the Automatic Stay provisions of 11 U.S.C. § 362(a) to annul and terminate the Stay as requested in the Motion, unless a party to this proceeding opposes the Motion for Relief from Stay filed by U.S. Bank, N.A. by filing and serving on the moving party a written objection thereto within seventeen (17) days of the filing of the Motion. The objection shall reasonably identify those matters contained in the Motion which are to be at issue, and any other basis of opposition to the Motion. Absent the filing of a timely response, the Court may grant the relief sought without a hearing. A final hearing, if any, shall commence not later than thirty (30) days after the conclusion of a preliminary hearing. Failure to schedule a hearing and notify all parties, including U.S. Bank, N.A., shall preclude further objections to this Motion for Relief from Stay.

YOU ARE FURTHER NOTIFIED that pursuant to Rule 4001.2 of the Local Bankruptcy Rules and 11 U.S.C. § 362(e), thirty days after a request under § 362(d) for relief from the stay of any act against property of the estate under subsection § 362(a), such stay is terminated with respect to the party in interest making such request, unless the court, after notice and a hearing, orders such stay continued in effect pending the conclusion of, or as a result of, a final hearing and determination under subsection § 362(d). In addition, as required by Local Bankruptcy Rule 4001.2(d)(3), if an objection is filed to this motion, the objection must be served upon the Movant and upon all parties receiving service of the motion. In accordance with Local Bankruptcy Rule 4001.2(e)(1), any party opposing a motion for stay relief must contact the Court's calendar clerk to schedule a preliminary hearing. At the time of the filing the objection to a motion, the objecting party shall file and serve a notice of such hearing.

Dated this 2nd day of November, 2010.

/S/ Steven W. Boyce, Esq._____
Attorney for U.S. Bank, N.A.

MOTION FOR RELIEF FROM STAY           3

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM STAY**

  I HEREBY CERTIFY that I served a true and correct copy of the above-listed claimant's Motion for Relief from Stay and the Notice of Motion on the individuals listed below by hand delivering, mailing, with the correct postage thereon, or through electronic notification to those parties registered with the U.S. Courts District of Idaho CM/ECF system, on the 2nd day of November, 2010.

   Joseph F. Ammirati
   137 E 50th Street
   Garden City, ID 83714

   Shane B. Olson
   Deborah M. Olson
   3848 N. Patricia Ln.
   Boise, Idaho 83704

   Richard Crawforth
   410 South Orchard Street, Suite 172
   Boise, ID 83705

   United States Trustee
   MK Central Plaza
   720 Park Boulevard, Suite 220
   Boise, Idaho 83712

            /S/ Steven W. Boyce, Esq.
            Attorney for U.S. Bank, N.A.